**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tomas SALINAS–RUIZ, Defendant–**
**Appellant.**

No. 08–30168.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 14, 2009.

Donald E. Kresse, Jr., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Rebecca L. Pennell, Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: GOODWIN, TROTT, and RYMER, Circuit Judges.

MEMORANDUM **

Tomas Salinas–Ruiz appeals from the district court's order denying his motion to dismiss the indictment charging him with being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Salinas–Ruiz contends that the district court erred by denying his motion to dismiss the indictment because the indictment did not allege that his prior removal occurred subsequent to a felony conviction. This contention fails. *See Almendarez–Torres v. United States,* 523 U.S. 224, 226–27, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *see also United States v. Salazar–Lopez,* 506 F.3d 748, 752 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.